# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

An Apple iPhone 4, model number A1349, white with silicon cover and a black case; *and* a Sandisk "Cruzer" 16GB USB drive, black and red in color, both of which are currently in the custody of the Federal Bureau of Investigation in Milwaukee, Wisconsin

Case Number: 11-M-528

## APPLICATION & AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

I, Detective Brant Ungerer, a law enforcement officer authorized to execute warrants issued under the authority of the United States, request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:

An Apple iPhone 4, model number A1349, white with silicon cover and a black case; *and* a Sandisk "Cruzer" 16GB USB drive, black and red in color, both of which are currently in the custody of the Federal Bureau of Investigation in Milwaukee, Wisconsin

located in the Eastern District of Wisconsin there is now concealed: **Please see attached affidavit, including Attachment A, which is hereby incorporated by reference.**

The basis for the search warrant under Fed. R. Crim. P. 41(c) is which is (check one or more):

✓ evidence of a crime;
✓ contraband, fruits of a crime, or other items illegally possessed;
❏ property designed for use, intended for use, or used in committing a crime;
❏ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

Title 18, United States Code, Section 2252A.

The application is based on these facts:

✓ Continued on the attached sheet, which is incorporated by reference.
❏ Delayed notice of _____ days (give exact ending date if more than 30 days:_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Applicant's signature
Name and Title: Brant A. Ungerer / Detective

Sworn to before me, and signed in my presence.

Date September 29th, 2011 at 3:50PM

City and state: Milwaukee, Wisconsin

Judge's signature
THE HONORABLE WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge
*Name & Title of Judicial Officer*

## ATTACHMENT A
## ITEMS TO BE SEIZED

1.  Any visual depictions of children engaging in sexually explicit conduct, as defined in Title 18 United States Code, Section 2256, or evidence of filenames containing such images.

2.  Information or correspondence, including but not limited to text messages and voice mail messages, pertaining to the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct.

3.  Any and all evidence of passwords needed to access the iPhone and/or the USB drive.

4.  Any and all records, showing dominion, ownership, custody, or control over the iPhone and/or the USB drive.

## AFFIDAVIT OF DETECTIVE BRANT UNGERER
## IN SUPPORT OF SEARCH WARRANT APPLICATION

1. I have been employed with the Milwaukee Police Department as a sworn law enforcement officer since April of 1993. I have held the rank of Detective since October of 2002. I am currently assigned as a Task Force Officer with the FBI, Milwaukee Division Cyber Crimes Task Force (CCTF). I am charged with conducting investigations of violations of federal law including the receipt, possession, distribution, and production of child pornography. I have gained experience in the conduct of such investigations through prior investigations, formal training, and in consultation with other members of the CCTF regarding these matters.

2. I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. This affidavit is being submitted in support of an Application for a Search Warrant for an Apple iPhone and a USB drive ("thumb drive") for evidence of violations of Title 18, United States Code (USC) § 2252A, entitled "Certain activities relating to material constituting or containing child pornography.".

4. Based upon the information summarized in this affidavit, I have reason to believe that evidence of such violations may be present in the iPhone and the thumb drive.

5. The information supplied in this affidavit is based upon my investigation and upon information provided and investigation conducted by other law enforcement personnel in this matter whom I believe to be reliable. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not set forth every fact related to or otherwise the product of this investigation.

6. On February 3, 2006, a criminal judgment was entered in *United States v. Robert. J. Wachowiak, Jr.,* 05-CR-22 (E.D. Wis.). As part of the judgment, the defendant, Robert J. Wachowiak, Jr., date of birth \*\*/\*\*/1980, was sentenced to 70 months imprisonment and three years of supervised release. Wachowiak was released from prison November 9, 2010 to a transitional facility located in Janesville, Wisconsin. On or about May 3, 2011, he moved to an apartment in Whitewater, Wisconsin. Since May 3, 2011, his supervising probation officer in the Eastern District of Wisconsin has been USPO Ian Alexander.

7. USPO Alexander interviewed Wachowiak on Monday, September 26, 2011 at the federal courthouse building in Milwaukee. During this interview, Wachowiak disclosed that, sometime before going to prison, he had downloaded child pornography images from the Internet and copied the images onto disks. He further stated that he hid these disks at his aunt's residence in West Allis, Wisconsin. Upon his release to a half-way house in November 2010, Wachowiak returned to his aunt's residence and recovered the disks. He then used his Macintosh computer to view the child pornography images, both at the halfway house and later at his own apartment in Whitewater. He claimed to have destroyed the disks sometime in August 2011.

8. Wachowiak related that the Macintosh computer, as of September 26, 2011, was located in his Whitewater apartment and that he lives in that apartment by himself. He also stated that he had some form of Internet access at the Whitewater apartment.

9. Upon application by the USPO, Wachowiak was arrested following these admissions on September 26, 2011. He has been ordered detained pending a revocation of supervised release hearing. At the time of his arrest, he turned over personal effects, including an **Apple iPhone 4, model number A1349, white with silicon cover and a black case**; *and* a **Sandisk "Cruzer" 16GB USB drive, black and red in color** ("thumb drive"). The latter was concealed in his wallet. These items were subsequently turned over to myself and placed into inventory for safekeeping. They remain in FBI custody at the FBI office in Milwaukee, Wisconsin.

10. Wachowiak's landlord was interviewed by FBI agents on September 27, 2011. The landlord confirmed that Wachowiak rented unit two at 1121 West Florence Street in Whitewater, Wisconsin, and that, as far as he was aware, Wachowiak lived by himself.

11. A search warrant was obtained for Wachowiak's apartment. The warrant was executed on September 28, 2011. Agents recovered a Macintosh computer, a laptop computer, and removable storage media. These items have not yet been forensically examined.

12. A USB or "thumb" or "flash" drive is a small, portable, removable storage device that connects to a personal computer via a USB port. Such drives are capable of storing large amounts of data, including some that can be 256GB in size.

13. The Apple iPhone is more akin to a mobile computer with cell phone capabilities than what one would think of as a traditional cellular phone. The iPhone can access the Internet while mobile as well as perform traditional functions of a computer such as word processing, access to email and data storage. The iPhone can also be linked to personal computers or laptops to share and store files such as music, images and videos for access on the iPhone.

14. I know from my training and experience that it may be possible for a trained forensic examiner to recover evidence of files containing child pornography (or relating to the subject matter of child pornography) even though such files have been "deleted" from an iPhone or a thumb drive.

15. For all of the foregoing reasons, I submit that there is probable cause to believe that evidence of a crime will be found on the Apple iPhone and Sandisk thumb drive described above; to wit, evidence of violations of Title 18, United States Code, Section 2252A, as described in Attachment A.